# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SAMERSON MACON**                                                                 **PLAINTIFF**

v.                              No. 4:23-cv-234-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                                    **DEFENDANTS**

## JUDGMENT

Macon's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

<u>22 May 2023</u>